

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2018

No. 04-18-00568-CR

**IN RE** Justin **SOWERS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On August 14, 2018, relator filed a pro se petition for writ of habeas corpus. After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 16, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2018CR07490, etc., styled *The State of Texas v. Jason Sowers*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.